

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| D&H UNITED FUELING SOLUTIONS, INC., | § | No. 08-23-00266-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 143rd Judicial District Court |
| v. | | |
| | § | of Ward County, Texas |
| CEMENTOS READY-MIX, LLC, | | |
| | § | (TC#22-04-25989-CVW) |
| Appellee. | | |

## **<u>SUBSTITUTED JUDGMENT</u>**

The judgment of the Court issued June 7, 2024, is withdrawn, and the following is now the judgment of the Court.

The Court has considered this cause on the record, construing the appeal in substance but not form as a petition for writ of mandamus against the Honorable Mike Swanson, Judge of the 143rd District Court of Ward, Texas, and concludes mandamus relief should be granted. We therefore grant the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF JULY 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.